# NO. 12-09-00100-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RICHARD HENDERSON,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Richard Henderson, pleaded guilty to delivery of a controlled substance. His sentence was imposed on October 1, 2007. He filed a notice of appeal in this court, but the appeal was dismissed because Appellant had waived his right to appeal. *See **Henderson v. State***, No. 12-07-00399-CR, 2007 WL 3173314 (Tex. App.–Tyler Oct. 31, 2007, no pet.). Appellant filed a second notice of appeal on March 30, 2009.

On April 28, 2009, this court notified Appellant that the information received in this appeal does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.2. Appellant was further notified that this appeal would be dismissed unless the information was amended on or before May 8, 2009 to show the jurisdiction of this court. *See* TEX. R. APP. P. 44.3. Appellant responded, through his counsel of record, that he cannot provide this court with any records showing that it has jurisdiction of this appeal. Because Appellant has not shown the jurisdiction of this court, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered May 13, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)